# EXHIBIT B

 An official website of the United States government  Here's how you know ⌄

**EOIR** | Automated Case Information

**Court Closures Today**  March 24, 2026  |  Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **LEON RENGEL, NEIYERVER ADRIAN (244-073-881)**



# Automated Case Information

**Name: LEON RENGEL, NEIYERVER ADRIAN  |  A-Number: 244-073-881  |  Docket Date: 6/21/2023**

## 📅 Next Hearing Information

Your upcoming **MASTER** hearing is **IN PERSON** on **April 4, 2028** at **1:00 PM**.

**JUDGE**
Bogdan, Attila

**COURT ADDRESS**
1100 COMMERCE ST., SUITE 1060
DALLAS, TX 75242

## ⚖️ Court Decision and Motion Information

🕐

*This case is pending.*

## 📝 BIA Case Information

No appeal was received for this case.

## 🏛️ Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
1100 COMMERCE ST., SUITE 1060
DALLAS, TX 75242

**PHONE NUMBER**
(214) 767-1814

Archive

Social Media

EOIR Freedom of Information Act (FOIA)

Immigration Court Online Resource

Accessibility

Budget & Performance

USA.gov

Contact Technical Support

Information Quality

Office of the Inspector General

Contact EOIR

This site is protected by hCaptcha:

Privacy Policy

No FEAR Act

EOIR Home

hCaptcha Privacy Policy

Legal Policies & Disclaimers

For Employees

Justice.gov

hCaptcha Terms of Service

Department of Justice | Executive Office for Immigration Review
*5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041*

**EOIR** | Automated Case Information

Exhibit
B