**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NEIYERVER ADRIÁN LEON RENGEL,**<br><br>　　**Plaintiff,**<br><br>　　　　**v.**<br><br>**UNITED STATES,**<br><br>　　**Defendant.** | **Civil Action No. 26-1008 (JEB)** |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.　　Defendant's [19] Motion to Dismiss is DENIED;

2.　　Plaintiff's [22] Motion for Venue Discovery is DENIED; and

3.　　The case is TRANSFERRED to the Southern District of Texas.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  August 3, 2026